JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-19-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAR 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. KINDRED, <br><br> Petitioner, <br><br> vs. <br><br> CA SUPERIOR COURT, COUNTY OF ORANGE, <br><br> Respondent. | Case No. SACV 12-2116-ABC (RNB) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 3/18/2013

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY